United States District Court
Southern District of Texas
**ENTERED**
April 26, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **MARIA SALDIVAR** § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. B-16-078 |
| § | |
| **TRAVELERS LLOYDS OF TEXAS** § | |
| **INSURANCE COMPANY,** § | |
| Defendant. § | |

## ORDER

On November 10, 2016, the parties filed a joint stipulation of dismissal with prejudice. Dkt. No. 12.

The Court orders that this case be dismissed with prejudice. Each party shall bear his or their own attorneys fees and costs arising from and relating to this lawsuit.

Signed this 26th day of April, 2017.

_____
Andrew S. Hanen
United States District Judge

1